### WHITKER, Respondent, v. FORTY–SECOND ST., M. & ST. N. A. R. CO., Appellant.

(Common Pleas of New York City and County, General Term.  March 14, 1894.)

Appeal from trial term.
Action by Mary Whitker against Forty-Second Street, Manhattanville & St. Nicholas Avenue Railroad Company.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
W. S. Coggeswell, for appellant.
T. W. Smith, for respondent.
No opinion. Appeal dismissed, with costs.